# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEQUOIA FORESTKEEPER, et al., | ) | Case No.: 1:16-cv-01865 AWI JLT |
| Plaintiffs, | ) ) | ORDER AFTERSCHEDULING CONFERENCE; |
| v. | ) ) | ORDER SETTING FURTHER SCHEDULING CONFERENCE/STATUS CONFERENCE |
| KEVIN ELLIOTT, et al., | ) ) | |
| Defendants. | ) ) | |

At issue in this litigation are three prospective logging operations location on lands of the United States Forest Service; the Joey Project, the Summit Project and the Bald Mountain Project. (Doc. 14) As to each of these projects, the USFS will make a determination as to whether further review under the National Environmental Policy Act is required. (Id.) As to the Joey and Bald Mountain projects, these determinations are not likely to be made until spring of 2018 and no logging operations will occur in 2017. (Id.) As to the Summit Project, the determination about the further NEPA review should be made later this month. (Id.) If the USFS determines no further review is warranted, it intends the logging operation to begin in July 2017. (Id.)

At the scheduling conference, the Court inquired of plaintiffs' counsel whether they were prepared to have the case scheduled in order to be prepared for the possibility that the Summit Project would go forward. The Court suggested that if it was later determined the project would not go forward, it would entertain a stipulation to vacate or amend the case schedule. However,

1

plaintiff's counsel agreed with the suggestion of the defendants' attorneys, that no schedule issue at this time and that the Court set a further scheduling conference/status conference in March 2018. Counsel anticipate that by this time the NEPA determinations will be made as to each project and, if it turns out the Summit Project will go forward in 2017, plaintiffs' counsel indicated they would proceed via a motion for injunction. Thus, the Court **ORDERS**:

1. A further scheduling conference/status conference is set on **March 2, 2018**. The parties SHALL file a joint scheduling report/status report no later than **February 23, 2018**;

2. No later than **June 16, 2017**, counsel for the defendants **SHALL** file a status report indicating the results of the USFS determination as to whether it will conduct a further NEPA review as to the Summit Project;

3. In the event the USFS determines that no further NEPA review is warranted as to any of the three projects, counsel for the defendants **SHALL** give notice to counsel for the plaintiffs within 24 business hours;

4. The USFS **SHALL NOT** allow the logging operations to begin as to any of the three projects unless it has first given plaintiffs' counsel 15 days' notice of the intent to begin the operations.

IT IS SO ORDERED.

Dated: **May 5, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE