# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN ELLIOTT, et al.,<br><br>Defendants. | Case No.: 1:16-cv-01865 AWI JLT<br><br>ORDER AFTER STATUS REPORT |

The defendant has filed a status report indicating that it "will issue a revised Decision Memorandum for the Summit project no later than July 15, 2017" and will notify plaintiff's counsel via email of the decision within 24 hours. (Doc. 17 at 3) In addition, the defendant will lodge the administrative record within seven days of the determination. Id. Except for the ongoing removal of trees posing a hazard along Highway 155, any work to remove dead and dying trees will not begin until October 2017 and defendant will give plaintiff's counsel 30-day's notice in advance. Id. Thus, the Court **ORDERS**:

1.   **No later than July 15, 2017**, the defendant **SHALL** issue a revised Decision Memorandum for the Summit project;

2.   Within 24 hours of issuing the revised Decision, defendant **SHALL** notify plaintiff's counsel, via email, of the decision;

1

3. Within seven days of issuing the revised Decision, defendant **SHALL** lodge the administrative record;

4. The defendant **SHALL** provide plaintiff's counsel 30-day's notice before beginning the removal of dead and dying trees.

IT IS SO ORDERED.

Dated:   **June 8, 2017**                               **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE